UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLOM ASA,

               Plaintiff,

-against-

PICTOMETRY INTERNATIONAL CORP.,

               Defendant.

No. 6:12-cv-06290

**NOTICE OF BLOM ASA'S MOTION FOR SUMMARY JUDGMENT TO RECOGNIZE AND ENFORCE NORWEGIAN JUDGMENTS**

---

**PLEASE TAKE NOTICE** of the following motion:

| | |
|---|---|
| Moving Party: | Blom ASA ("Blom") |
| Time, Date, Place of Motion: | United States District Court for the Western District of New York at the U.S. Courthouse Kenneth B. Keating Federal Building, Courtroom 2, 100 State Street, Rochester, NY 14614, on a date to be determined by the Court. |
| Relief Requested: | Recognition and enforcement of three separate Norwegian Judgments pursuant to Fed. R. Civ. P. 56 that were entered against Defendant Pictometry International Corp. ("Pictometry") by: (i) the Oslo Probate Court on July 28, 2011, (ii) the Borgarting Court of Appeal on March 1, 2012, and (iii) the Oslo Probate Court on January 13, 2012 (collectively referred to herein as the "Norwegian Judgments"), which awarded Blom legal fees and costs in the total amount of NOK 1,765,252 before accrued interest on overdue payments. |
| Grounds for Relief: | The Norwegian Judgments are final, conclusive, and enforceable. The Norwegian courts had subject matter jurisdiction over the proceedings and personal jurisdiction over Pictometry, and the Norwegian judicial system is fair, impartial, and follows fundamental notions of due process of law. |
| Moving Papers: | Declaration of Sean C. Sheely, dated May 25, 2012; Declaration of Tarjei Thorkildsen, dated May 23, 2012; Memorandum of Law in support of Blom's Motion for |

Summary Judgment; Blom's Local Civil Rule 56.1 Statement.

Reply:          Blom respectfully requests the opportunity to submit reply papers in support of this motion.

Dated: New York, New York
       May 30, 2012

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: __/s/ Sean C. Sheely_____
Sean C. Sheely
Benjamin Wilson
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
sean.sheely@hklaw.com
benjamin.wilson@hklaw.com

*Attorneys for Plaintiff Blom ASA*

2