UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLOM ASA,

PLAINTIFF,

VS.

PICTOMETRY INTERNATIONAL CORP.,

DEFENDANT.

**DECLARATION OF
LINDA K. SALPINI**

**NO. 6:12-CV-06290-DGL**

Linda K. Salpini, under penalty of perjury, declares as follows:

1. I am the Senior Vice President of Finance for Pictometry International Corp. (Pictometry), the defendant in the above-referenced action. I respectfully submit this declaration in response to Blom ASA's (Blom) motion for summary judgment to recognize and enforce Norwegian judgments.

2. As of June 30, 2012, Blom owed Pictometry $1,514,195.60 in past due royalty payments and license fees (including past due interest) under the Amended and Restated Technology License Agreement (TLA).

3. Attached as Exhibit A is the most recent Statement of Account for Blom, dated June 30, 2012, showing that Blom owes Pictometry $1,514,195.60 for past due royalties, license fees, and interest.

4. More than 90% of the $1,514,195.60 currently owed became due after the Court's December 2, 2010 Decision and Order, which required the parties resume performance under the TLA.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON July 25, 2012.

/s/ _____

Linda K. Salpini